UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
UNITED STATES DISTRICT COURT

OCT 22 2012

Southern District of Indiana
Indianapolis Division

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Cause No. 1:11-cr-0164 TWP-KPF |
| ERIC LAMONT JONES, ) | |
| ) | |
| Defendant. ) | |

## STIPULATED FACTUAL BASIS OF THE PARTIES

On or about August 19, 2011, IMPD Officer Lonne stopped a white Chevy Impala after the vehicle was observed crossing over the double yellow line. The officer approached the vehicle, which was driven by Roderick Patton. Officer Lonne asked both Patton and JONES for identification; JONES claimed not to have any, and said his name was Lamont Johnson, with a birth date of 8/30/1967. In running a check on the vehicle, officers learned it had been reported stolen by the owner of the vehicle. As such, Patton and JONES were removed from the car. The car was inventoried for return to the owner, and officers found a black bag in the seat behind JONES, which contained a .22 rifle. This rifle was knowingly possessed by JONES on August 19, 2011. As of August 19, 2011, JONES had been previously convicted of a crime punishable by imprisonment for a term exceeding one year. This .22 rifle had been manufactured in the country of Brazil, and the firearm therefore affected interstate commerce.

The parties agree that the facts outlined above are true and correct to the best of their knowledge, information, and belief. The parties further agree that these facts constitute a sufficient factual basis to support the defendant's plea of guilty in Cause Number 1:11-cr-0164.

Respectfully submitted,

JOSEPH H. HOGSETT
UNITED STATES ATTORNEY

*M. P. Brady*

Michelle Brady
Assistant United States Attorney

*Juval Scott*

Juval Scott
Attorney for Defendant

*Eric Jones*

Eric Lamont Jones
Defendant