UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| ERIC LAMONT JONES, | ) No. 1:11-cr-00164-TWP-DML ) ) |
| Defendant. | ) |

**ENTRY FOR APRIL 22, 2013**
**THE HONORABLE TANYA WALTON PRATT**

The Government appeared by Michelle Patricia Brady, AUSA. The Defendant appeared in person, in custody, and by CJA counsel, Joseph Martin Cleary. Matthew Renshaw appeared on behalf of the United States Probation Office. David Moxley was the Court Reporter. Parties appeared for Sentencing at the Indianapolis Courthouse.

The Court found Defendant competent to proceed and Defendant indicated that he wished to proceed with his plea of guilty.

The parties were heard with respect to sentencing and sentence was imposed as stated on the record.

The Defendant was advised of his right to appeal. The proceeding was concluded.

The Defendant was remanded to the custody of the United States Marshal.

The Judgment is forthcoming.

Date: 04/22/2013
_____

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Joseph Martin Cleary
INDIANA FEDERAL COMMUNITY DEFENDERS
Joe_cleary@fd.org

Michelle Patricia Brady
UNITED STATES ATTORNEY'S OFFICE
michelle.brady@usdoj.gov

United States Probation Office